| | |
|---|---|
| The Employment Law Firm<br>Cynthia L. Pollick, LLM<br>I.D. No.: 83826<br>363 Laurel Street<br>Pittston, PA 18640<br>(570) 654-9675 | Attorney for Plaintiff |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ELIZABETH MARTIN | : | |
| | : | |
| Plaintiff | : | |
| | : | CIVIL ACTION – LAW |
| -v- | : | |
| | : | JURY TRIAL DEMANDED |
| HARVEYS LAKE BOROUGH, and | : | |
| Council President MICHELLE BOICE | : | |
| in her Individual Capacity | : | |
| | : | |
| Defendants | : | NO. |

## **COMPLAINT**

NOW comes the Plaintiff, ELIZABETH MARTIN by her attorney, Cynthia L. Pollick, Esquire, and files the following Complaint against Defendants and aver as follows:

1. Plaintiff, ELIZABETH MARTIN, is a competent adult individual who resides in Dallas, Luzerne County, Pennsylvania and was Defendant HARVEYS LAKE BOROUGH's Borough Secretary-Treasurer.

2. Defendant, HARVEYS LAKE BOROUGH, is a municipality entity that has a principal office at 4875 Memorial Highway, Suite 1, Harveys Lake PA 18618.

1

3. Defendant, MICHELLE BOICE, is a Borough Council President for Defendant HARVEYS LAKE BOROUGH, which is a municipality entity that has a principal office at 4875 Memorial Highway, Suite 1, Harveys Lake PA 18618.

## JURSIDICTION

4. This suit is brought and jurisdiction lies based on a federal question. 28 U.S.C. § 1331. This suit is brought pursuant to the 42 U.S.C. § 1983 for constitutional violations of Plaintiff's rights pursuant to the First Amendment.

## COUNT I
### VIOLATION OF PLAINTIFF'S FIRST AMENDMENT RIGHTS
### POLITICALLY AFFILIATION TERMINATION
### PLAINTIFF V. DEFENDANT

5. Plaintiff, ELIZABETH MARTIN, hereby incorporates by reference paragraphs one (1) through four (4) above as if set forth herein at length.

6. On or about July 17, 2018, Plaintiff was hired as Borough Assistant Secretary. On or about November 9, 2018, Plaintiff became Borough Secretary-Treasurer.

7. Because Plaintiff resided in Dallas Township, she had no political affiliation with Defendants, HARVEYS LAKE BOROUGH and MICHELLE BOICE. And in fact, Plaintiff told Defendants on numerous occasions that she would

not pick a side (i.e. majority or minority) and that she would not be a "tennis ball".

8. On or about January 6, 2020, a new political affiliated majority was established and Defendant MICHELLE BOICE was voted Borough President.

9. After the new political affiliated majority headed by Defendant MICHELLE BOICE, Defendant MICHELLE BOICE would insult Plaintiff and make rude and condescending remarks related to her work until the date she was terminated by Defendants.

10. Defendant MICHELLE BOICE screamed at Plaintiff that she was trying to ruin her as it relates to her role as Borough President. Plaintiff reminded Defendant MICHELLE BOICE that when she was hired she would not take any political sides.

11. Defendant MICHELLE BOICE yelled at Plaintiff and stated that "I'm President" and it's my responsibility to control Borough business.

12. On or about January 10, 2020, Defendant MICHELLE BOICE accused Plaintiff of being "on the side" of the past political majority and continued such conduct until Plaintiff was fired.

13. Defendant MICHELLE BOICE also stated that Plaintiff was a "plant from the other side".

Case 3:20-cv-00330-JKM     Document 1     Filed 02/24/20     Page 4 of 5

14. On or about January 30, 2020, Defendant MICHELLE BIOCE screamed at Plaintiff told Plaintiff to "get the hell out" of the Borough building and fired Plaintiff.

15. Plaintiff was terminated because she did not favor or have affiliation supporting Defendant MICHELLE BIOCE or the majority party.

16. "An apolitical government employee appeals a grant of summary judgment rejecting her claim that she was fired in violation of her First Amendment rights because she failed to support the administration or political party in power. We hold that First Amendment rights to freedom of speech and association protect government employees who lack a political affiliation from political patronage discrimination." *Galli v. N.J. Meadowlands Comm'n*, 490 F.3d 265, 268 (3d Cir. 2007).

17. Even after Plaintiff was fired, Defendant MICHELLE BOICE at a public meeting made comments about the former Borough Secretary calling into question her integrity and quality of work.

18. Defendants' conduct, actions, and campaign of harassment have caused Plaintiff mental anxiety, stress and sleeplessness.

4

**WHEREFORE**, Plaintiff seeks all remedies available pursuant to U.S.C. § 1983 including but not limited to back pay, attorney fees and costs, pre- and post- interest, reformation of Plaintiff's employment records, letters of good reference, and emotional distress.

A jury trial is demanded.

By: s/ Cynthia L. Pollick<br>
Cynthia L. Pollick, Esquire<br>
Pa. I.D. No.: 83826<br>
363 Laurel Street<br>
Pittston, PA 18640<br>
(570) 654-9675<br>
pollick@lawyer.com