IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ELIZABETH MARTIN,<br>        Plaintiff | : | No. 3:20cv330 |
| | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| HARVEYS LAKE BOROUGH, and<br>Council President MICHELLE BOICE<br>in her individual capacity,<br>        Defendants | : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## ORDER

**AND NOW**, to wit, this 31st day of January 2024, for the reasons set forth in an accompanying memorandum, it is hereby **ORDERED** as follows:

1) Defendants' motion for summary judgment (Doc. 21) is **GRANTED**.

2) The Clerk of Court is directed to enter judgment in favor of the defendants and against the plaintiff.

3) Further, the Clerk of Court is directed to close this case.

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court